1018

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ARTHUR STATEN, Defendant-Appellant.

(No. 52333; )

First District—December 7, 1970.

Opinion by Mr. JUSTICE ADESKO.

David R. Bryant and Gerald W. Getty, Public Defenders, of Chicago, (Herbert Becker, Norman W. Fishman and James J. Doherty, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Robert A. Novelle and Robert Best, Assistant State's Attorneys, of counsel,) for the People.

HELEN ALLEN, Plaintiff-Appellant, *v.* RAYMOND M. KOMAJDA, Defendant-Appellee.

(No. 52887; )

First District—December 17, 1970.

*Rehearing denied January 15, 1971.*

